## BILL BOYD v. STATE.

No. A-2814.   Opinion Filed February 15, 1919.

(178 Pac. 891.)

Appeal from District Court, Garfield County;

James B. Cullison, Judge.

Bill Boyd was convicted of a felony, and he appeals.   Reversed.

H. J. Sturgis and J. W. Steen, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   Bill Boyd, plaintiff in error, was convicted on a charge that he did keep a place in the city of Enid, known as the "Oxford Billiard Room," with the intent and purpose of selling intoxicating liquor.   The jury failed to agree on the punishment, and he was sentenced by the court to confinement in the county jail for 90 days and to pay a fine of $50.   To reverse the judgment an appeal was perfected.

This was a prosecution under section 4, c. 26, Session Laws 1913, which provision of the statute was in the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, held unconstitutional and void. For the reasons stated in the Proctor Case, the judgment is reversed.

---

## J. P. PORTER v. STATE.

No. A-2844.   Opinion Filed February 15, 1919.

(177 Pac. 380.)

Appeal from District Court, Love County;

W. F. Freeman, Judge.

J. P. Porter was convicted of a felony, and he appeals.   Reversed.

J. C. Graham and T B. Wilkins, for plaintiff in error.

The Attorney General and R. McMillan, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error, J. P. Porter, was convicted of a charge that he did keep a place 1½ miles north of the town of Orr, Love county, with the intent and purpose of selling intoxicating liquors, and his punishment was fixed at one year in the penitentiary. To reverse the judgment rendered on the verdict, an appeal was perfected.

This is a prosecution under section 4, c 26, Session Laws 1913, which provision of the state was, in the case of Proctor v. State, 15 Okla. Cr. 338, 176 Pac. 771, held unconstitutional and void.   For the reasons stated in the opinion in the Proctor Case, the judgment is reversed.